UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 12: 03

| | | |
|---|---|---|
| NATHAN ROSEN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 00743(JCH) |
| | : | |
| - against - | : | |
| | : | |
| INTERNATIONAL BUSINESS MACHINES | : | |
| CORPORATION, MEDIANET, INC.; ACS | : | October 22, 2003 |
| TRADEONE MARKETING, INC.; | : | |
| AFFILIATED COMPUTER SERVICES, | : | |
| INC.; JOSEPH FERRIS; JOHN SCHIEVE | : | |
| and DALE REBHORN, | : | |
| Defendants. | : | |

## DECLARATION OF RICHARD A. BIEDER, ESQ. IN OPPOSITION TO THE IBM DEFENDANTS' MOTION TO STRIKE

I, Richard A. Bieder, Esq., declares, under penalties of perjury:

1.      The statements contained in this declaration are based on my personal knowledge.

2.      I am a partner at the law firm Koskoff, Koskoff & Bieder P.C., counsel for the Plaintiff Nathan Rosen in the above referenced action. I submit this affidavit, together with the accompanying memorandum of law, in opposition to the IBM Defendants' motion to strike the Affidavit of Jeffrey Paul dated August 11, 2003 pursuant to Fed R. Civ. P. 56(e) and Fed. R. Evid. 701.

3.      Attached hereto as Exhibit A is a true and correct copy of the relevant portions of the transcript of the Deposition of Jeffrey Paul taken on September 10, 2003 that are referred to in the accompanying Plaintiff's Memorandum of Law In Opposition To The IBM Defendants' Motion To Strike.

1

4. Attached hereto as Exhibit B is a copy of the Errata Sheet to Mr. Paul's Deposition Transcript that was signed and dated by Mr. Paul on October 2, 2003.

Dated: October 22, 2003

Richard A. Bieder



COPY

Page 1

1

2          UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF NEW YORK

3

     ------------------------------------x

4

     NATHAN ROSEN,

5
                                          Case No.

                    Plaintiff,            3:01cv00743

6                                         (JCH)

            V.

7

     INTERNATIONAL BUSINESS MACHINES,

8    et al.,

9
                    Defendants.

10   ------------------------------------x

11

12

               DEPOSITION OF JEFFREY PAUL

13                New York, New York

              Wednesday, September 10, 2003

14

15

16

17

18

19

20

21

22

23

24   Reported by:

     DENISE L. DANIELS

25   JOB NO. 152446

1                   JEFFREY PAUL

2    which it was or the context in which Nathan talked

3    to you about this lawsuit?

4         A.    Just in generalities, that he tried

5    to resolve it outside of the courts and decided

6    his best course of action was to file a claim.

7         Q.    When did you first meet or come to

8    know Nathan Rosen?

9         A.    Oh, around, I would say, ten or

10   eleven years ago.  He was an employee of mine.

11        Q.    He worked for you?

12        A.    Yes, he did.

13        Q.    And where was that?

14        A.    A company in New York called

15   Information Builders.

16        Q.    And you say ten or eleven years ago,

17   so we're talking, roughly, the early 1990's?

18        A.    Yes, I would say '91, '92.

19        Q.    And what was your position at

20   Information Builders?

21        A.    I was director of channel sales.

22        Q.    And at Information Builders what did

23   the director of channel sales entail?

24        A.    We signed up partners to sell with us

25   and sell our products for us.

Page 12

1                        JEFFREY PAUL

2      Bradstreet Software after I left Information

3      Builders.

4              Q.      How long were you at Dun & Bradstreet

5      Software?

6              A.      About a year.

7              Q.      What was your position there?

8              A.      I was a channel sales representative.

9              Q.      Why did you leave Information

10     Builders to go to Dun & Bradstreet Software?

11             A.      Because I thought it was a good

12     opportunity.

13             Q.      Was moving from being a director of

14     channel sales to being a channel sales rep in any

15     way a demotion, from your perspective?

16             A.      Not at all.

17             Q.      Why was Dun & Bradstreet Software a

18     better opportunity, do you recall?

19             A.      Yes, because it was a merged company

20     of MSA and McCormick and Dodge and I had sold them

21     a lot of Information Builders' software for them

22     to sell to their customers, so I was very familiar

23     with -- they had a very strong opportunity to grow

24     their market share dramatically, and I would be a

25     key player.

Page 13

1                    JEFFREY PAUL

2        Q.    Despite that, you only stayed there

3    for about a year; is that correct?

4        A.    Yes.

5        Q.    Why was that?

6        A.    Because the product was not

7    acceptable in the marketplace.

8        Q.    And it was then that you went to

9    Super Base?

10        A.    Super Base, yes.

11        Q.    And what was your position at Super

12    Base?

13        A.    Director of channel sales.

14        Q.    Did you have individuals reporting to

15    you in that position?

16        A.    At Super Base, yes.

17        Q.    How many?

18        A.    Eight or ten.

19        Q.    At that point, was Mr. Rosen still at

20    Information Builders?

21        A.    I don't know.

22              MR. DeYOUNG:  Note my objection to

23        the form of the question.

24        Q.    When you left Information Builders at

25    the end of 1994, did you have any further contact

1

JEFFREY PAUL

2    IBM?

3        Q.    In any capacity.

4            So we're clear, following your

5    departure from Information Builders when you were

6    Mr. Rosen' supervisor, when was the next time you

7    had any professional or business-related contact

8    with him?

9        A.    I got called for a job at IBM to work

10   in their channel sales group, and it wasn't a fit

11   for me, by a recruiter.

12            The recruiter asked me did I know

13   anybody who could fill the slot and I told them I

14   thought I might know somebody, but I would check

15   with him first and I called Nathan and asked him

16   if he was interested in talking with these people;

17   and then I put Nathan together with the recruiter.

18       Q.    Who was the recruiter?

19       A.    Oh, gosh, I don't remember.

20       Q.    When did that call take place?

21       A.    I'm going to say '97/'98.  It was a

22   guy out in New Jersey.  The hiring manager was Roy

23   Preppard and I don't remember who the recruiter

24   is.

25       Q.    Mr. Preppard was the hiring manager

Page 18

JEFFREY PAUL

1

2    Q.    So, roughly, until the end of 1997?

3    A.    Yeah.

4    Q.    Where did you go to work then?

5    A.    At a company called Isogon.

6    Q.    And what was your position at Isogon?

7    A.    Director of channel sales.

8    Q.    Why did you leave Super Base and go

9    to Isogon?

10    A.    It what a better opportunity.

11    Q.    Why was it a better opportunity?

12    A.    They were -- they had developed a

13    series of products for the year 2000 problem, and

14    at that time it was an emerging market.

15    Q.    And how long were you at Isogon for?

16    A.    Roughly, two years.

17    Q.    So that would have taken you

18    through --

19    A.    The end of '99.  By the end of '99,

20    most people who had bought their year 2000 tools

21    already bought them.

22    Q.    You were ready or you weren't?

23    A.    That's right.

24    Q.    Where did you go to work then?

25    A.    I went to Sequel.

Page 19

```
 1                   JEFFREY PAUL
 2        Q.    When did you start at Sequel?
 3        A.    January, February '99.
 4        Q.    So, a moment ago I believe you
 5   testified you were at Isogon until the end of
 6   1999.
 7              Do you want to amend that answer?
 8        A.    Yeah, I think it was '98.  If you
 9   hadn't solved your problem by the end of '98, you
10   weren't going to buy a tool to do it.
11        Q.    What was your position at Sequel?
12        A.    Director of channel sales.
13        Q.    Why did you leave Isogon for Sequel?
14        A.    I thought it was a better
15   opportunity.
16        Q.    And why did you think it was a better
17   opportunity?
18        A.    They had developed a series of
19   products for large organizations to manage how
20   their employees used the Internet.
21        Q.    What specific thing do these products
22   do?
23        A.    It helped management understand how
24   individual employees were using the Internet, how
25   much e-mail they were doing, how much Web
```

JEFFREY PAUL

1

2      Wednesday of last week.

3          Q.      And that was Mr. DeYoung's office in

4      New Haven?

5          A.      In New York.

6          Q.      How long did that meeting take place?

7          A.      Twenty minutes.

8          Q.      Give me your best and fullest

9      recollection of what was discussed last week in

10     that twenty minute meeting.

11         A.      He gave me the subpoena.  He told me

12     that it was going -- the subpoena said the 9th,

13     but we had agreed to move it to the 10th and it

14     was going to be over here, that there would be a

15     stenographer and you would be there and he would

16     be there and just to tell the truth and answer the

17     questions directly.

18         Q.      Did you review with Mr. DeYoung the

19     substance of anything that was said in your

20     affidavit during that meeting?

21         A.      No.

22         Q.      When you first began working at

23     Sequel Technology, who was your supervisor or

24     manager that you reported to?

25         A.      The President.

Page 30

1                         JEFFREY PAUL

2    lived?

3            A.    I don't know.

4            Q.    And who are the two technical people?

5            A.    I don't remember.

6            Q.    Now, was this the entire sales force

7    for Sequel Technology or were there other people

8    working on sales?

9            A.    There were other people working on

10   sales.

11           Q.    Describe for me the others.

12                 Were they part of a different sales

13   organization within Sequel?

14           A.    There were some tele-salespeople

15   working out of the headquarters.

16           Q.    Do you know how many?

17           A.    I don't remember.

18           Q.    Do you know who supervised them?

19           A.    I don't remember.

20           Q.    Other than the channel sales

21   organization and the tele-sales organization, were

22   there any other people doing sales for Sequel?

23           A.    No.

24           Q.    As director of channel sales, can you

25   just generally describe for me the various job

Page 31

1                          JEFFREY PAUL

2      duties you had in the Sequel position?

3          A.    Sure.  I would identify potential

4      partners for us to work with to enter into

5      reselling relationships.  I would recruit those

6      candidates, consummate a relationship, plan

7      rollout activities and execute a marketing program

8      and a sales program.

9          Q.    When you say "identify potential

10     partners," are you referring to entities that

11     would resell?

12         A.    They could resell, they could

13     co-sell, they could refer.

14         Q.    Did Sequel sell its technology

15     product directly or principally through resellers?

16         A.    Prior to my arrival, they were a

17     direct seller; and when I arrived they had a

18     stronger focus on building channels.

19         Q.    One way, obviously, they did direct

20     sales was through the tele-sales organization,

21     correct?

22         A.    Sure.

23         Q.    Were Messrs. Tse, Fieldstein, Davis

24     and Flanagan also involved in direct sales?

25         A.    Yes.

Page 35

JEFFREY PAUL

1

2      Q.      Did Sequel, in fact, sell its product

3  with all three of these database management

4  products?

5      A.      It was an option for the customer.

6      Q.      Did Sequel develop relationships with

7  Microsoft, Oracle or IBM in connection with the

8  sales of these database management softwares?

9      A.      Yes.

10      Q.      Describe the relationship developed

11  with Microsoft.

12      A.   .. We didn't have one with Microsoft.

13      Q.      Did you have one with Oracle?

14      A.      No, we did not.

15      Q.      Describe the relationship Sequel had

16  with IBM.

17      A.      Sure.  We were a DB2 development

18  partner and cooperative -- I don't remember the

19  name of the program.  It was a co-sell

20  relationship with IBM.  I'm going to say

21  cooperative marketing partner, but that may not be

22  the exact term.

23      Q.      When did that arrangement begin?

24      A.      Let's see.  I got there --

25      MR. DeYOUNG:  Note my objection to

1                           JEFFREY PAUL

2          A.    Yes.

3          Q.    Were there any other benefits for

4   Sequel from this relationship?

5          A.    I don't know.

6          Q.    Was this relationship formalized in

7   any way?

8          A.    Yes, it was.

9          Q.    What form did it take?

10         A.    There was a formal contract that

11  talked about us porting the DB2 program and there

12  was a marketing program outlined that we would

13  adhere to and IBM would have cooperative marketing

14  funds for us to tap into.

15         Q.    You said "porting."  I think you said

16  "porting the DB2 program"?

17         A.    Yes.

18         Q.    What's involved in that?

19         A.    There was programming to be done and

20  formal porting.  It's an additional obligation for

21  us, as a customer who wanted to use our software

22  would be able to use it in conjunction with DB2 as

23  it versus Oracle or Microsoft.

24         Q.    And you said it was a marketing

25  program that Sequel had to adhere to.

Page 40

1                           JEFFREY PAUL

2     discussions about different arrangements depending

3     on whether this contract was a direct license

4     agreement as opposed to an influenced sale?

5             A.     I don't remember.

6             Q.     How soon after you started at Sequel

7     was this arrangement with IBM consummated?

8                    MR. DeYOUNG:   Objection to the form

9             of the question.

10            A.     I'd say three or four months, but

11    that's a guess.   I don't remember.

12            Q.     So that would place it, roughly,

13    sometime in the middle of 1999?

14            A.     I would say sooner than that, March

15    or April.

16            Q.     Of 1999?

17            A.     Yes.

18            Q.     Following the consummation of this

19    arrangement, I think one of the next things that

20    you were responsible for was rollout.

21                   Do you recall that?

22            A.     Yes.

23            Q.     What activities did you take from a

24    rollout perspective of this new arrangement?

25            A.     We did sales training for IBM

Page 41

1                              JEFFREY PAUL

2      salespeople, sales training for IBM resellers.  We

3      did direct mail pieces to be done with IBM.  We

4      co-branded mailing pieces and we did direct

5      account calls with IBM salespeople.

6              Q.    Let's take each of those items.

7                    The IBM sales training, was that one

8      session or multiple sessions?

9                    MR. DeYOUNG:  Note my objection to

10             the form of the question.

11             A.    I don't remember.

12             Q.    Do you recall in any way, shape or

13     form how the training was provided on Sequel's

14     products to IBM's sales force?

15             A.    It was done via teleconference calls.

16             Q.    Who conducted that training?

17             A.    Somebody on the Sequel staff.  I

18     don't remember.

19             Q.    Did you participate in it?

20             A.    Yes.

21             Q.    Who else, besides the person who was

22     doing the training and yourself, participated from

23     Sequel in the training of the IBM sales force?

24             A.    I don't remember.

25             Q.    Who participated from IBM's

Page 53

1        JEFFREY PAUL

2        MR. DeYOUNG:  Note my objection to

3        the form of the question.

4        A.    I'm aware that Nathan sponsored

5 meetings with IBM execs to educate them and gain

6 their support and I know he sponsored us for

7 several programs that would accelerate our

8 acceptance at the marketplace.  And I'm aware that

9 he made phone calls on our behalf or communicated

10 somehow on our behalf to get us invited to some

11 new opportunities.

12        Q...  What were the several programs

13 Mr. Rosen sponsored Sequel for to accelerate

14 acceptance?

15        A.    The reseller program with IBM

16 resellers via Rod Graham.  There was an IBM direct

17 reselling program called SVMP, where the IBM sales

18 force could sell our product directly.

19              There was participation at the

20 national sales meeting called E-Business

21 University.  I know he sponsored us for that.

22        Q.    And what took place at the E-Business

23 University?

24        A.    The IBM sales force had a chance to

25 learn about our offering and how to work with us

Page 55

1                          JEFFREY PAUL

2     while at their event.

3                    The promotion was if they came back

4     to our booth the next day, we would develop the

5     film for them and they would hear about our

6     offering and we would collect their names and

7     reach out to them and we got some significant

8     leads out of that.

9                    I think we gave out 5,000 cameras and

10    we got back, approximately, a thousand.  They were

11    IBM software reps in North America.

12         Q.   So you got, approximately, a thousand

13    IBM software reps to return to your booth to

14    discuss the offering while getting the film

15    developed?

16         A.   Well, they got their film developed.

17    Ideally they thought well of us and when we

18    followed up with them we said you remember us from

19    the sales meeting, we were the camera people.

20         Q.   What was involved in this SVMP

21    program that you mentioned?

22         A.   It was a program where a third-party

23    vendor, outside IBM product is identified as an

24    IBM product, as an IBM offering so that it's

25    available on an IBM fee schedule, such that a

Page 56

1                          JEFFREY PAUL

2    customer can purchase it as part of their IBM

3    budget.

4              It would qualify for IBM discounts.

5    It would also qualify the IBM sales force for

6    commission, as well as quota attainment if that

7    product were sold.  And it's a highly coveted

8    position if you're a third party.

9         Q.    When an IBM salesperson sold a Sequel

10   product and earned a commission on it, did Sequel

11   in any way compensate IBM for that?

12        A.    No.

13              MR. DeYOUNG:  Note my objection.

14        A.    The SVMP relationship was a

15   relationship, we would sell it to IBM and IBM, in

16   turn, would resell it.

17        Q.    IBM would be a reseller?

18        A.    Yes, they would be.

19        Q.    Did you sell any product through the

20   SVMP program?

21        A.    It never got formalized.

22        Q.    Did you pursue it in 2000?

23        A.    I left Sequel in January/February

24   2000.

25        Q.    Why did you leave Sequel?

Page 61

1              JEFFREY PAUL

2    done more on your behalf?

3              MR. DeYOUNG:  The same objection.

4              You can answer.

5         A.   That had Nathan done more?  Could you

6    repeat the question?

7         Q.   Sure.  Are you aware of any specific

8    sale you believe Sequel could have obtained, had

9    Mr. Rosen done more on your behalf?

10             MR. DeYOUNG:  The same objection.

11        A.   I believe if Nathan had done more for

12   us, we would have had more sales.

13        Q.   Can you identify any specific sale

14   you believe you would have had?

15        A.   No.

16        Q.   Can you tell me your basis for your

17   belief that if Mr. Rosen had done more for you,

18   you would have had more sales?

19        A.   I have a history of working with IBM

20   where they resold products for us and I know the

21   amount of support that you get from the sales

22   force is a direct impact on your probability of

23   being successful.

24        Q.   Are there any other facts on which

25   you base your opinion that had Mr. Rosen done more

Page 62

1                          JEFFREY PAUL

2    for you that you would have had more sales?

3          A.    No.

4          Q.    What's the history of working with

5    IBM that you are referring to?

6          A.    When I was at Isogon, IBM was a

7    reseller of our product and I was aware that

8    support from a sales force has a very big impact

9    on your success.

10         Q.    What product of Isogon was IBM

11   reselling?

12         A.    It's called Soft Audit, S-O-F-T

13   A-U-D-I-T and Soft Audit 2000.

14               MR. DeYOUNG:  Do you mind if I take a

15         two-minute break to make phone calls?

16               MR. SHEA:  Sure.

17               (Recess taken.)

18         Q.    When you were at Isogon, did you have

19   a contact at IBM who managed the reseller

20   relationship, similar to the role that Mr. Rosen

21   played for Sequel?

22         A.    Yes.

23         Q.    Who was that individual?

24         A.    Mr. Tadayon.

25         Q.    It's Mr. Tadayon?

1              JEFFREY PAUL

2        we will take it from there.

3              MR. DeYOUNG:  Mr. Shea, I don't think

4        I'm coaching the witness.  I'm going to

5        suggest to the witness it's not his

6        responsibility to recharacterize your

7        question.

8              If you can answer the question, do

9        so.

10       A.    I don't agree with the question.

11       Q.    Let me just ask you this.

12             Isn't it true that notwithstanding

13  all those activities that Mr. Rosen undertook on

14  your behalf with IBM, to your knowledge, it didn't

15  generate a single sale of Sequel products,

16  correct?

17       A.    I don't accept the premise of your

18  question, so I can't agree with it.

19             We were never approved for the SVMP

20  program, it was never executed, it never got

21  rolled out.  So I would say that was a shortfall

22  on Nathan's part.

23       Q.    Do you know why it was you weren't

24  approved for SVMP?

25       A.    We were approved but the contract

Page 68

                          JEFFREY PAUL

1

2    on the sales call?

3          A.    It would have been Steve Davis and it

4    would have been a technical guy.  I don't remember

5    who it was.

6          Q.    Do you recall who from IBM

7    accompanied you on that sales call?

8          A.    I don't remember.  They spoke with us

9    ahead of time and they supported us.  They did not

10   attend the call with us.

11         Q.    Was that call successful?

12         A.    No.

13         Q.    Do you recall any specific reason why

14   it was not successful?

15         A.    No.

16         Q.    Do you recall making a direct sales

17   call on Lucent?

18         A.    Yes.

19         Q.    Did anyone from IBM accompany you on

20   that call?

21         A.    No.

22         Q.    Did IBM support you on that call?

23         A.    Yes.

24         Q.    Do you recall if that was a

25   successful call?

Page 69

1                    JEFFREY PAUL

2          A.    Not to my knowledge.

3          Q.    Do you recall any specific reason why

4    it was not successful?

5          A.    I don't know.

6          Q.    The same question for AIG.

7                Do you recall if anyone from IBM

8    accompanied you on that call?

9          A.    No.

10         Q.    Did IBM support you on that call?

11         A.    Yes.

12         Q.    Was that call successful?

13         A.    No.

14         Q.    Do you recall any specific reason why

15   it was not successful?

16         A.    I don't remember.

17         Q.    Did you make a direct sales call on

18   Merrill Lynch?

19         A.    Yes.

20         Q.    Did anyone from IBM accompany you on

21   that sales call?

22         A.    No.

23         Q.    Did IBM support you on that sales

24   call?

25         A.    Yes.

Page 70

1                          JEFFREY PAUL

2          Q.     Was the sales call successful?

3          A.     Not that I'm aware of.

4          Q.     Do you recall any specific reason why

5    it was not successful?

6          A.     I don't remember.

7          Q.     Did you make a direct sales call on

8    LGC Wireless?

9          A.     I remember the name.  I don't

10   remember the specifics of the call.

11         Q.     You are not sure whether a call was

12   made?

13         A.     I remember that the call was made.  I

14   don't know who did it.

15         Q.     Do you know if IBM accompanied anyone

16   from Sequel on that call?

17         A.     That I'm not aware of.

18         Q.     Do you recall whether it was

19   successful?

20         A.     I don't remember.

21         Q.     Do you recall a direct sales call on

22   GTE Wireless?

23         A.     I remember about it, yes.

24         Q.     Did anyone from IBM accompany Sequel

25   personnel on that call?

Page 71

1                    JEFFREY PAUL

2          A.    I don't remember.

3          Q.    Do you recall if IBM supported that

4    call?

5          A.    I believe so, yes.

6          Q.    And was that call successful?

7          A.    Not that I'm aware of.

8          Q.    Are you aware of any specific reason

9    why it was not successful?

10         A.    I don't remember.

11         Q.    Do you recall a direct sales call by

12   Sequel on Nortel?

13         A.    Yes.

14         Q.    And did anyone from IBM accompany

15   Sequel personnel on that call?

16         A.    I don't know.

17         Q.    Did IBM support that call?

18         A.    I believe so, yes.

19         Q.    And was that call successful?

20         A.    I don't know.

21         Q.    In all instances where IBM supported

22   Sequel on a call, that support was sponsored and

23   arranged by Nathan Rosen?

24         A.    Yes.

25         Q.    The supporting of the DB2 product,

## ERRATA SHEET

Caption: <u>Rosen v. International Business Machines Corporation, et al.</u>
Witness: Jeffrey Paul
Date of Deposition: September 10, 2003

Transcript:     Page 60, line 23

To avoid any confusion, I should explain that this answer does not refer to the need for Mr. Rosen to provide additional support and follow-up in the programs and activities of which I had already testified.

Transcript:     Page 61, line 15:

To be more accurate, although I cannot identify any specific sales, I should explain that I do believe sales by Sequel would have been made to the customers I identified in my affidavit had Mr. Rosen provided additional support and follow-up to Sequel.

Transcript:     Page 62, line 3:

To be more complete. I should explain that, although I do not possess the data on Sequel's sales, Sequel itself had prepared detailed sales projections based on, among other matters, Mr. Rosen obtaining Sequel's entrance into IBM's SVMP program. I refer you to my testimony on pages 53, 56 and 66 of my deposition's transcript.

Transcript:     Page 67, line 11

This answer is inaccurate as I now recall there were sales resulting from IBM-Sequel's relationship. I do not recall the specifics of such sales and refer to Sequel's records.

Transcript:     Page 68, line 15:
                 Page 69, line 16:
                 Page 70, line 10:

To be more accurate in these responses, I should explain that, although I do not recall why the initial sales calls were unsuccessful, there obviously was a need for Nathan Rosen and others to follow-up on each initial sales call. Initial sales calls are rarely successful without such follow through.

Signature of Deponent: _____

                Dated: _____
                       10|2|03