UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATHAN ROSEN | : |
| | : |
| v. | : CIV. NO. 3:01cv00743 (JCH) |
| | : |
| INTERNATIONAL BUSINESS MACHINES CORP., ET AL | : |

### RULING

On September 25, 2003 the court heard oral argument on plaintiff's motion to determine the sufficiency of answers to plaintiff's requests to admit, overrule objections and to compel proper responses [doc. #85]. Although there are a number of discovery issues raised in the motion, the main dispute concerns both the sufficiency and admissibility of defendant's responses to questions about the content of tape recorded conversations between the plaintiff and Defendant Schieve. At the hearing, the parties agreed they could likely resolve this issue through a joint stipulation agreement. Plaintiff requested the right to reargue any of the remaining discovery issues raised in the motion and not resolved through additional consultation with defendant.

Accordingly, the Court reserves judgment on the issues surrounding the tape recorded conversations in anticipation that the parties will reach an agreement. Plaintiff's motion **[doc #85]** is therefore **DENIED AS MOOT**, without prejudice to refiling in compliance with court rules if necessary to address any

remaining discovery issues not otherwise resolved.

SO ORDERED at Bridgeport this 31 day of October 2003.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE