UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT -7 P 1: 39

| | |
|---|---|
| NATHAN ROSEN,<br><br>Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; MEDIANET, INC.; ACS TRADEONE MARKETING, INC.; AFFILIATED COMPUTER SERVICES, INC.; JOSEPH FERRIS; JOHN SCHIEVE and DALE REBHORN,<br><br>Defendants. | CIVIL ACTION NO.<br>3:01 CV 00743(JCH)<br><br>October 7, 2003 |

**THE IBM DEFENDANTS' MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT IN LOCAL RULE 7(d) WITH RESPECT TO THEIR REPLY MEMORANDUM FURTHER SUPPORTING THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF NATHAN ROSEN'S SECOND AMENDED COMPLAINT AND ON DEFENDANTS JOHN SCHIEVE'S AND DALE REBHORN'S COUNTERCLAIMS AGAINST ROSEN**

Defendants International Business Machines Corporation ("IBM"), Joseph Ferris ("Ferris"), John Schieve ("Schieve") and Dale Rebhorn ("Rebhorn") (collectively the "IBM Defendants") respectfully move the Court for permission to exceed the ten (10) page limit applicable to Reply Briefs contained in D. Conn. L. Civ. R. 7(d) with respect to their Reply Memorandum Further Supporting Their Motion for Summary Judgment on Plaintiff Nathan Rosen's ("Rosen") Second Amended Complaint (the "Complaint") and on Schieve's and Rebhorn's Counterclaims against Rosen, submitted herewith.

The IBM Defendants respectfully submit that there is good cause for granting the requested extension in light of the sheer number of claims at issue. The IBM Defendants seek

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

GRANTED: Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J. 11/4/03