UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATHAN ROSEN,<br><br>Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; MEDIANET, INC.; ACS TRADEONE MARKETING, INC.; AFFILIATED COMPUTER SERVICES, INC.; JOSEPH FERRIS; JOHN SCHIEVE and DALE REBHORN,<br><br>Defendants. | CIVIL ACTION NO.<br>3:01 CV 00743(JCH)<br><br>October 7, 2003 |

## THE IBM DEFENDANTS' MOTION TO STRIKE
## THE AFFIDAVIT OF JEFFREY PAUL DATED AUGUST 11, 2003

Pursuant to Fed. R. Civ. P. 56(e) and Fed. R. Evid. 701, Defendants International Business Machines Corporation ("IBM"), Joseph Ferris ("Ferris"), John Schieve ("Schieve") and Dale Rebhorn ("Rebhorn") (collectively the "IBM Defendants") respectfully move the Court for an Order striking the Affidavit of Jeffrey Paul dated August 11, 2003 ("Paul Aff."), submitted by Plaintiff Nathan Rosen ("Rosen") in opposition to the IBM Defendants' Motion for Summary Judgment. In the alternative, the IBM Defendants seek an Order striking Paragraph 6 of the Paul Affidavit.

As set forth more fully in the accompanying IBM Defendants' Memorandum of Law submitted in support of their Motion to Strike, the Paul Affidavit, and Paragraph 6 in particular, should be stricken from the record and not considered by the Court in ruling on summary judgment because it is comprised of inadmissible lay opinion testimony and inferences that are not rationally

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**