UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATHAN ROSEN,<br><br>Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; MEDIANET, INC; ACS TRADEONE MARKETING, INC.; AFFILIATED COMPUTER SERVICES, INC.; JOSEPH FERRIS; JOHN SCHIEVE and DALE REBHORN,<br><br>Defendants. | CIVIL ACTION NO.<br>3:01 CV 00743(EBB)<br><br>OCTOBER ~~August~~ 5, 2004 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.

_____
Richard A. Bieder (ct 04208)
Neal A. DeYoung (ct 25170)
Koskoff, Koskoff & Bieder & P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421

Counsel for Plaintiff

_____
Patrick W. Shea (ct 07071)
Neil B. Stekloff (ct 19778)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400

Counsel for the IBM and TradeOne Defendants

STM /277071.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal With Prejudice was served on the following counsel of record via U.S. Mail on this 5th day of October, 2004:

>Richard A. Bieder
>Neal A. DeYoung
>Koskoff, Koskoff & Bieder P.C.
>350 Fairfield Avenue
>Bridgeport, CT 06604

_____
Neil B. Stkloff