130

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATHAN ROSEN,<br><br>  Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; MEDIANET, INC; ACS TRADEONE MARKETING, INC.; AFFILIATED COMPUTER SERVICES, INC.; JOSEPH FERRIS; JOHN SCHIEVE and DALE REBHORN,<br><br>  Defendants. | CIVIL ACTION NO.<br>3:01 CV 00743(EBB)<br><br>OCTOBER ~~August~~ 5, 2004 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.



| | |
|---|---|
| Richard A. Bieder (ct 04208)<br>Neal A. DeYoung (ct 25170)<br>Koskoff, Koskoff & Bieder & P.C.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>Telephone: (203) 336-4421<br><br>Counsel for Plaintiff | Patrick W. Shea (ct 07071)<br>Neil B. Stekloff (ct 19778)<br>Paul, Hastings, Janofsky & Walker LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901-2217<br>Telephone: (203) 961-7400<br><br>Counsel for the IBM and TradeOne Defendants |

STM /277071.1